**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**STEPHEN J. ODELL, OSB #903530**
Assistant United States Attorney
steve.odell@usdoj.gov
Office of the United States Attorney
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:   (503) 727-1024
Facsimile    (503) 727-1117
  Of Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT, CENTER FOR BIOLOGICAL DIVERSITY,** and **WILDEARTH GUARDIANS**, | Case No.: 2:19-CV-750-SI |
| Plaintiffs, | **DEFENDANTS' NOTICE OF SUBMISSION OF EXHIBITS TO SUPPLEMENTAL RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| **DAVID BERNHARDT**, Secretary of the Interior, **JEFFERY A. ROSE,** District Manager, Burns District, Bureau of Land Management, and **BUREAU OF LAND MANAGEMENT**, | |
| Defendants. | |

Defendants hereby provide notice of submitting the two attached exhibits for

**Page 1 – DEFS.' NOTICE OF SUBMISSION OF EXHS. TO SUPP. TRO RESP.**
*Western Watersheds Proj. v. Bernhardt,* Case no. 2:19-CV-750-SI

the Supplemental Response (Dkt. # 26) they filed earlier today to Plaintiffs' Motion for a Temporary Restraining Order in the above-captioned action.  Undersigned counsel attempted to timely file these exhibits via the Court's ECF filing system at the same time he electronically filed the supplemental response brief, but received an error message and wanted to ensure the brief was filed by the noon deadline the Court had set (Dkt. #25), and so is now following up as quickly as possible to submit the exhibits to the brief.  He apologizes for and regrets the delay in submitting the exhibits to the brief and any inconvenience it may cause the Court or parties.

Respectfully submitted this 30th day of May 2019.

BILLY J. WILLIAMS
United States Attorney


_s/ Stephen J. Odell_____
STEPHEN J. ODELL
Assistant United States Attorney
District of Oregon