**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**STEPHEN J. ODELL, OSB #903530**
Assistant United States Attorney
steve.odell@usdoj.gov
Office of the United States Attorney
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:   (503) 727-1024
Facsimile     (503) 727-1117
  Of Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PENDLETON DIVISION

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT, CENTER FOR BIOLOGICAL DIVERSITY,** and **WILDEARTH GUARDIANS**,<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID BERNHARDT**, Secretary of the Interior, **JEFFERY A. ROSE,** District Manager, Burns District, Bureau of Land Management, and **BUREAU OF LAND MANAGEMENT**,<br><br>Defendants. | Case No.: 2:19-CV-750-SI<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF SUPPLEMENTAL EXHIBITS TO RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Per the advisement they provided to the Courtroom Deputy for the Honorable

**Page 1 – DEFS.' NOT. OF SUPP. EXHIBITS TO RESP. TO TRO REQUEST**
  *Western Watersheds Proj. v. Bernhardt,* Case no. 2:19-CV-750-SI

Judge presiding over the above-captioned action yesterday, Defendants hereby provide notice of submitting seven supplemental exhibits to the Response (Dkt. # 21) they filed to Plaintiffs' Motion for a Temporary Restraining Order as further evidence supporting their position in opposition to the motion. Defendants would note the supplemental exhibits are numbered from 4-10 to pick up sequentially from the Exhibits numbered 1-3 submitted upon the filing of their original response.

Respectfully submitted this 4th day of June 2019.

                                          BILLY J. WILLIAMS
                                        United States Attorney

                                        *s/ Stephen J. Odell*
                                        STEPHEN J. ODELL
                                        Assistant United States Attorney
                                        District of Oregon