

South End Complex, Basque Wells and Craters Fires
MOON HILL ROAD
STEENS MTN NORTH LOOP RD
Washington
Montana
Idaho
Oregon
California
Nevada
Utah
United States
Department of the Interior
Bureau of Land Management
Burns District Office
Malheur NWR
Boundary & Protective Fence Treatments
Grandad & Krumbo Butte Fire Perimeter
Boundary Fence Replacement
Grazing Allotments
Major Roads
Land Administration
BLM
BLM - WSA
BLM Wilderness
State
U.S. Fish and Wildlife
Private
0.8 0.4 0 0.8 Miles
The data represented in this map were gathered from multiple sources, which may vary in accuracy, scale and date. This is for display purposes only.
Boundary & Protective Fence Treatments

DEFS_006939