

# Map

Legend

**States & Provinces**
☐ Other States and Provinces
☐ Oregon
**Priority Areas for Conservation (PACs)**
☐ Sagebrush Reporting Units
☐ BLM Grazing Allotments
**Sage-Grouse Summer Habitat**
☐ Sage-grouse probably absent
☐ Sage-grouse presence possible
☐ Sage-grouse may be present
☐ Sage-grouse likely present
☐ Sage-grouse probably present

1: 104,002

3.3    0    1.64    3.3 Miles

WGS_1984_Web_Mercator_Auxiliary_Sphere
© Oregon Explorer (http://oregonexplorer.info)

This map is a user generated static output from the Oregon Explorer Map Viewer (http://tools.oregonexplorer.info/oe_map_viewer/Viewer.html?Viewer=OE) and is for reference only. Data layers that appear on this map may or may not be accurate, current, or otherwise reliable.

Notes

Sage Grouse Summer Habitat on Mud Creek and Hardie Summer Allotments

19-750 Reply on Motion for PI – Exhibit 3 – Page 1



# Map

## Legend

States & Provinces
- Other States and Provinces
- Oregon

Priority Areas for Conservation (PACs)

Sagebrush Reporting Units

BLM Grazing Allotments

Vegetation Condition (Ecological State)
- A-: Potentially Good Condition Sagebrush
- A: Good Condition Sagebrush
- B-: Potentially Good Condition Grassland
- B: Good Condition Grassland
- C1: Poor Condition Sagebrush
- C2: Early Juniper Encroachment with Good Condition
- C3: Mid Juniper Encroachment with Good Condition
- D1: Poor Condition Grassland
- D2: Early Juniper Encroachment with Poor Condition
- D3: Mid Juniper Encroachment with Poor Condition
- D4: Late Juniper Encroachment
- N/A

1: 104,002

## Notes

Mud Creek and Hardie Summer Allotments

3.3 0 1.64 3.3 Miles

WGS_1984_Web_Mercator_Auxiliary_Sphere

© Oregon Explorer (http://oregonexplorer.info)

This map is a user generated static output from the Oregon Explorer Map Viewer (http://tools.oregonexplorer.info/oe_map_viewer/Viewer.html?Viewer=OE) and is for reference only. Data layers that appear on this map may or may not be accurate, current, or otherwise reliable.

THIS MAP IS NOT TO BE USED FOR NAVIGATION