**David H. Becker (OSB # 081507)**
Law Office of David H. Becker, LLC
4110 SE Hawthorne Blvd. # 168
Portland, OR 97214
(503) 388-9160
davebeckerlaw@gmail.com

**Talasi B. Brooks (*Pro hac vice*)**
Western Watersheds Project
PO Box 2863
Boise, ID 83701
(208) 336-9077
tbrooks@westernwatersheds.org

**Paul D. Ruprecht (OSB # 132762)**
Western Watersheds Project
PO Box 12356
Reno, NV 89510
(208) 421-4637
paul@westernwatersheds.org

Attorneys for Plaintiffs Western Watersheds Project, Center for Biological Diversity, and WildEarth Guardians

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PENDLETON DIVISION**

**WESTERN WATERSHEDS PROJECT,** *et al.*,

Plaintiffs,

v.

**DAVID BERNHARDT**, *et al.*,

Defendants.

Case No.: 2:19-cv-750-SI

**UNOPPOSED MOTION TO DISMISS PLACEHOLDER EAJA APPLICATION**

**MOTION**

Plaintiffs Western Watersheds Project, Center for Biological Diversity, and WildEarth Guardians respectfully move to dismiss their pending placeholder application for costs, fees, and other expenses under the Equal Access to Justice Act ("EAJA"), ECF No. 113. Pursuant to LR 7-1(a), undersigned counsel for plaintiffs has conferred with counsel for federal defendants, who do not oppose this motion.

Good cause for granting this motion exists because the plaintiffs and federal defendants have settled plaintiffs' EAJA claims and the payment contemplated in the settlement agreement has been received. Therefore, plaintiffs now respectfully request that the Court dismiss their pending placeholder EAJA application, and vacate the requirement for a further Joint Status Report on October 9, 2020.

Respectfully submitted this 16th day of September 2020.

s/ David H. Becker
**David H. Becker (OSB # 081507)**
Law Office of David H. Becker, LLC

Of Attorneys for Plaintiffs Western Watersheds Project, Center for Biological Diversity, and WildEarth Guardians